FILED

11/03/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0294



## IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
## HELENA, MONTANA 59620-3003

Supreme Court No.
DA 23-0294

CREATIVE GAMES STUDIO LLC and
RICARDO BACH CATER

      Plaintiffs and Appellants,

    v.

DANIEL ALVES

      Defendant and Appellee

**GRANT OF EXTENSION**

    Pursuant to authority granted under M. R. App.P. 26(1), Appellee is given an extension of time until December 13, 2023, to prepare, file, and serve the Appellee's brief.

DATED this November 3, 2023

_____
Bowen Greenwood
Clerk of the Supreme Court

c:    Griffin Brooks Stevens, Matthew I. Sack, Russ Yerger